IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED 2013 MAR 18 PM 4:34
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | |
|---|---|
| GUNVANTRAI HIRABHAI **PATEL**, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 3:13-0242 |
| PHILIP T. **MILLER**, in his official capacity as ) New Orleans Field Office Director for ) Enforcement and Removal Operations, U.S. ) Immigration and Customs Enforcement, ) | |
| Respondent. ) | |

## DECLARATION OF ELLIOTT OZMENT

I, Elliott Ozment, declare as follows:

1. I make this declaration from my personal knowledge.

2. I am licensed to practice law in Tennessee. My business address is 1214 Murfreesboro Pike, Nashville, Tennessee 37217.

3. I am the attorney of record for Mr. Gunvantrai Patel in proceedings before the Memphis Immigration Court. I am also counsel for this habeas petition.

4. I began representing Mr. Patel on Februrary 27, 2013.

5. In the course of representing Mr. Patel, I have determined, in my profesional opinion, that Mr. Patel has a substantial likelihood of success in arguing for the cancellation of any removal order levied against him.

6. Because Mr. Patel has been a lawful permanent resident for at least five years at the time of his application of an EOIR-42A, and because he has had continuous residence in the United States and has not been convicted of an aggravated felony, Mr. Patel is eligible for

1

cancellation of removal under the Immigration and Naturalization Act § 240A(d)(1). I further do not believe the "stop-time" rule in § 240A(d)(1) applies to Mr. Patel.

7. I also believe, based on the facts presented to me, that Mr. Patel is eligible for a U-visa as a victim of a crime of violence.

I swear under penalty of perjury that the foregoing is correct to the best of my personal knowledge.

Date: March 18, 2013                    Respectfully submitted,

*Elliott Ozment*
_____
Elliott Ozment (BPR # 4331)

Law Offices of Elliott Ozment
1214 Murfreesboro Pike
Nashville, TN 37217
Phone: (615) 321-8888
Fax: (615) 321-5230
Elliott@ozmentlaw.com


SUBSCRIBED AND SWORN BEFORE ME,

*L. Morrison*
_____,
a notary public in Davidson County, Tennesssee,
this 18th day of March, 2013.


6-21-16
_____

My commission expires: