IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GUNVANTRAI HIRABHAI **PATEL**, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:13-cv-242 |
| | ) | |
| PHILIP T. **MILLER**, in his official capacity as | ) | Judge Campbell |
| New Orleans Field Office Director for | ) | Magistrate Judge Knowles |
| Enforcement and Removal Operations, U.S. | ) | |
| Immigration and Customs Enforcement, | ) | |
| | ) | |
| *Respondent*. | ) | |

## [PROPOSED] ORDER TO SHOW CAUSE

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause, filed pursuant to 28 U.S.C. § 2243, and his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, it is hereby ORDERED that:

1. Petitioner's Application for Issuance of Order to Show Cause is GRANTED;

2. Pursuant to 28 U.S.C. § 2243, Respondent is ORDERED to file a return on the Order to Show Cause by _____, 2013;

3. Petitioner shall have an opportunity to file a reply or traverse by _____, 2013; and

4. This matter shall be heard by this Court on _____ at _____ in Courtroom _____, United States Courthouse, 801 Broadway, Nashville, TN 37203.

IT IS SO ORDERED.	Dated: _____, 2013

                                                                                                  _____
                                                                                                  UNITED STATES DISTRICT JUDGE