**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| GUNVANTRAI HIRABHAI **PATEL**, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:13-cv-242 |
| | ) | |
| PHILIP T. **MILLER**, in his official capacity as | ) | Judge Campbell |
| New Orleans Field Office Director for | ) | Magistrate Judge Knowles |
| Enforcement and Removal Operations, U.S. | ) | |
| Immigration and Customs Enforcement, | ) | |
| | ) | |
| *Respondent*. | ) | |

---

## REVISED ORDER TO SHOW CAUSE

---

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause, filed pursuant to 28 U.S.C. § 2243, and his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, it is hereby ORDERED that:

1.      Petitioner's Application for Issuance of Order to Show Cause is GRANTED;

2.      Pursuant to 28 U.S.C. § 2243, Respondent is ORDERED to file a return on the Order to Show Cause by April 9, 2013;

3.      Following the appearance of Respondent, the Court will set a Case Management Conference.

IT IS SO ORDERED.

_____
United States Magistrate Judge